# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 288 WAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
THOMAS EUGENE BEEBE II, :
:
Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 289 WAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
THOMAS EUGENE BEEBE II, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.